UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JEFFREY C. WITTIG, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV416-050 |
| CSX TRANSPORTATION, | ) ) ) | |
| Defendant. | ) | |

### O R D E R

The Court having reviewed and considered the petition of Jefferson C. Callier of The Callier Firm, 1430 Wynnton Road, Columbus, Georgia 31906, for permission to appear pro hac vice on behalf of plaintiff Jeffrey C. Wittig, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Jefferson C. Callier as counsel of record for plaintiff Jeffrey C. Wittig, in this case.

**SO ORDERED** this __24th__ day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA