# In the United States District Court
# Southern District of Georgia
# Savannah Division

JEFFREY C. WITTIG,

Plaintiff,

v.

CSX TRANSPORTATION, INC.,

Defendant.

CV 416-50

## ORDER

Plaintiff and Defendant have notified the Court that they have stipulated to the dismissal with prejudice of all claims asserted in this action. Dkt. No. 59. The stipulation of dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, it is **ORDERED** that Plaintiff's claims against Defendant are in all respects dismissed with prejudice. Each party will bear its own costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 4 day of October, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)